# THE VERIFIED COMPLAINT WILL BE FILED AS A RESTRICTED DOCUMENT UNDER RESTRICTION LEVEL 2