IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. APPROXIMATELY $253,113.70 SEIZED FROM ANB BANK ACCOUNT #2400050675;
2. APPROXIMATELY $25,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070145;
3. APPROXIMATELY $50,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070147;
4. APPROXIMATELY $25,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070149;
5. APPROXIMATELY $35,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070151;
6. APPROXIMATELY $12,636.34 SEIZED FROM ANB BANK ACCOUNT #2400070153;
7. APPROXIMATELY $250,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070155;
8. APPROXIMATELY $250,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070159;
9. APPROXIMATELY $100,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070163;
10. APPROXIMATELY $100,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070165;
11. APPROXIMATELY $3,583.71 SEIZED FROM ANB BANK ACCOUNT #2400070433;
12. APPROXIMATELY $183,762.87 SEIZED FROM ANB BANK ACCOUNT #2400070479;
13. APPROXIMATELY $77,194.97 SEIZED FROM J.P. MORGAN CHASE BANK ACCOUNT #792198332;
14. APPROXIMATELY $1,025,853.69 SEIZED FROM J.P. MORGAN CHASE BANK ACCOUNT #389508596;
15. 2021 LAMBORGHINI HURACAN COUPE, VIN #ZHWUF5ZF5MLA16892;
16. 2025 MERCEDES BENZ EQB 250+ SUV, VIN #W1N9M0CB4SN126093;
17. 2024 LAND ROVER RANGE ROVER P530 SUV, VIN #SALKPBE96RA245229;
18. 2021 BMW X6 M, VIN #5YMCY0C0XM9H76987;
19. 2018 LINCOLN MKC SUV, VIN #5LMCJ1C94JUL21391;

20. APPROXIMATELY $101,684.08 SEIZED FROM J.P. MORGAN CHASE BANK ACCOUNT #2905082393;
21. APPROXIMATELY $14,783.16 SEIZED FROM J.P. MORGAN CHASE BANK ACCOUNT #735817630, AND;
22. APPROXIMATELY $100,000.00 SEIZED FROM J.P. MORGAN CHASE BANK ACCOUNT #2908506381;

Defendants.

---

**WARRANT FOR ARREST OF PROPERTY *IN REM***

---

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

a. Approximately $253,113.70 seized from ANB Bank account #2400050675;
b. Approximately $25,000.00 seized from ANB Bank account #2400070145;
c. Approximately $50,000.00 seized from ANB Bank account #2400070147;
d. Approximately $25,000.00 seized from ANB Bank account #2400070149;
e. Approximately $35,000.00 seized from ANB Bank account #2400070151;
f. Approximately $12,636.34 seized from ANB Bank account #2400070153;
g. Approximately $250,000.00 seized from ANB Bank account #2400070155;
h. Approximately $250,000.00 seized from ANB Bank account #2400070159;
i. Approximately $100,000.00 seized from ANB Bank account #2400070163;
j. Approximately $100,000.00 seized from ANB Bank account #2400070165;
k. Approximately $3,583.71 seized from ANB Bank account #2400070433;
l. Approximately $183,762.87 seized from ANB Bank account #2400070479;
m. Approximately $77,194.97 seized from J.P. Morgan Chase Bank account #792198332;
n. Approximately $1,025,853.69 seized from J.P. Morgan Chase Bank account #389508596;
o. 2021 Lamborghini Huracan Coupe, VIN #ZHWUF5ZF5MLA16892;
p. 2025 Mercedes Benz EQB 250+ SUV, VIN #W1N9M0CB4SN126093;

q. 2024 Land Rover Range Rover P530 SUV, VIN #SALKPBE96RA245229;
a. 2021 BMW X6 M, VIN #5YMCY0C0XM9H76987;
b. 2018 Lincoln MKC SUV, VIN #5LMCJ1C94JUL21391;
c. Approximately $101,684.08 seized from J.P. Morgan Chase Bank account #2905082393;
d. Approximately $14,783.16 seized from J.P. Morgan Chase Bank account #735817630; and
e. Approximately $100,000.00 seized from J.P. Morgan Chase Bank account #2908506381.

DATED this ____day of __________________ 2026.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: ______________________________
Deputy Clerk