IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. APPROXIMATELY $253,113.70 SEIZED FROM ANB BANK ACCOUNT #2400050675;
2. APPROXIMATELY $25,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070145;
3. APPROXIMATELY $50,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070147;
4. APPROXIMATELY $25,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070149;
5. APPROXIMATELY $35,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070151;
6. APPROXIMATELY $12,636.34 SEIZED FROM ANB BANK ACCOUNT #2400070153;
7. APPROXIMATELY $250,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070155;
8. APPROXIMATELY $250,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070159;
9. APPROXIMATELY $100,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070163;
10. APPROXIMATELY $100,000.00 SEIZED FROM ANB BANK ACCOUNT #2400070165;
11. APPROXIMATELY $3,583.71 SEIZED FROM ANB BANK ACCOUNT #2400070433;
12. APPROXIMATELY $183,762.87 SEIZED FROM ANB BANK ACCOUNT #2400070479;
13. APPROXIMATELY $77,194.97 SEIZED FROM J.P. MORGAN CHASE BANK ACCOUNT #792198332;
14. APPROXIMATELY $1,025,853.69 SEIZED FROM J.P. MORGAN CHASE BANK ACCOUNT #389508596;
15. 2021 LAMBORGHINI HURACAN COUPE, VIN #ZHWUF5ZF5MLA16892;
16. 2025 MERCEDES BENZ EQB 250+ SUV, VIN #W1N9M0CB4SN126093;
17. 2024 LAND ROVER RANGE ROVER P530 SUV, VIN #SALKPBE96RA245229;
18. 2021 BMW X6 M, VIN #5YMCY0C0XM9H76987;
19. 2018 LINCOLN MKC SUV, VIN #5LMCJ1C94JUL21391;

20. APPROXIMATELY $101,684.08 SEIZED FROM J.P. MORGAN CHASE BANK ACCOUNT #2905082393;
21. APPROXIMATELY $14,783.16 SEIZED FROM J.P. MORGAN CHASE BANK ACCOUNT #735817630, AND;
22. APPROXIMATELY $100,000.00 SEIZED FROM J.P. MORGAN CHASE BANK ACCOUNT #2908506381;

Defendants.

---

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM***

---

THIS MATTER comes before the Court on the United States' *Verified Complaint for Forfeiture In Rem*, and the Court being fully apprised, FINDS that the Court has jurisdiction over the following defendant assets, that there is probable cause to believe the defendant assets are subject to forfeiture, and that a Warrant for Arrest of the following defendant assets should enter:

a. Approximately $253,113.70 seized from ANB Bank account #2400050675;
b. Approximately $25,000.00 seized from ANB Bank account #2400070145;
c. Approximately $50,000.00 seized from ANB Bank account #2400070147;
d. Approximately $25,000.00 seized from ANB Bank account #2400070149;
e. Approximately $35,000.00 seized from ANB Bank account #2400070151;
f. Approximately $12,636.34 seized from ANB Bank account #2400070153;
g. Approximately $250,000.00 seized from ANB Bank account #2400070155;
h. Approximately $250,000.00 seized from ANB Bank account #2400070159;
i. Approximately $100,000.00 seized from ANB Bank account #2400070163;
j. Approximately $100,000.00 seized from ANB Bank account #2400070165;
k. Approximately $3,583.71 seized from ANB Bank account #2400070433;
l. Approximately $183,762.87 seized from ANB Bank account #2400070479;
m. Approximately $77,194.97 seized from J.P. Morgan Chase Bank account #792198332;
n. Approximately $1,025,853.69 seized from J.P. Morgan Chase Bank account #389508596;
o. 2021 Lamborghini Huracan Coupe, VIN #ZHWUF5ZF5MLA16892;
p. 2025 Mercedes Benz EQB 250+ SUV, VIN #W1N9M0CB4SN126093;
q. 2024 Land Rover Range Rover P530 SUV, VIN #SALKPBE96RA245229;
r. 2021 BMW X6 M, VIN #5YMCY0C0XM9H76987;
s. 2018 Lincoln MKC SUV, VIN #5LMCJ1C94JUL21391;

t. Approximately $101,684.08 seized from J.P. Morgan Chase Bank account #2905082393;
u. Approximately $14,783.16 seized from J.P. Morgan Chase Bank account #735817630; and
v. Approximately $100,000.00 seized from J.P. Morgan Chase Bank account #2908506381.

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a Warrant for Arrest of Property *In Rem* and that the United States Marshals Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the above-referenced defendant assets as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

IT IS FURTHER ORDERED that the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant assets must file a Claim and an Answer to the Complaint with the Court, and serve copies of same to the Assistant United States Attorney, to the addresses listed below:

Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294

Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202

SO ORDERED this 4th day of September 4, 2026.

BY THE COURT:

United States District Court Judge/
Magistrate Judge
Susan Prose, United States
Magistrate Judge